IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRANSCORE, L.P.** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 09-2789 |
| v. | : | |
| | : | |
| **MARK IV INDUSTRIES CORP.** | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 15th day of October, 2009, upon consideration of Plaintiff's Motion to Enjoin (Docket No. 3) and Defendant's Cross-Motion to Dismiss Or, in the Alternative, to Transfer this Action to the District of Delaware (Docket No. 9), and following an oral argument on September 24, 2009 regarding Plaintiff's Motion to Enjoin and Defendant's Cross-Motion to Dismiss Or, in the Alternative, to Transfer this Action to the District of Delaware, it is hereby ORDERED that:

1. Plaintiff's Motion to Enjoin (Docket No. 3) is DENIED; and

2. Defendant's Cross-Motion to Dismiss Or, in the Alternative, to Transfer this Action to the District of Delaware (Docket No. 9) is GRANTED IN PART and DENIED IN PART, in that this case shall be transferred to the District of Delaware.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE